KEB

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Jose Sarmiento Torres,

Petitioner,

v.

Christopher McGregor, et al.,

Respondents.

No.   CV-26-01094-PHX-KML (JFM)

**ORDER TO SHOW CAUSE**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention.[1] (Doc. 1.)

Petitioner alleges that Respondents have not provided notice of the reasons for the revocation of his release or complied with the applicable regulations regarding revoking Orders of Supervision: 8 C.F.R. § 241.4(l)(1)-(2) and 8 C.F.R. § 241.13(i). Petitioner also alleges his removal is not substantially likely to occur in the reasonably foreseeable future and, as a result, his detention is impermissible. *See Zadvydas v. Davis*, 533 U.S. 678, 689 (holding that 8 U.S.C. § 1231 "does not permit indefinite detention").

Respondents must show cause why the Petition should not be granted. Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed

---

[1] In addition to his Petition, Petitioner also filed a Motion for Temporary Restraining Order (Doc. 2). Because the Court is directing Respondents to promptly show cause why the Petition should not be granted, the Court finds Petitioner is not entitled to preliminary relief at this juncture. Therefore, the Court will deny the Motion without prejudice.

under penalty of perjury.

**IT IS ORDERED:**

(1) Petitioner's Motion for Temporary Restraining Order (Doc. 2) is **denied without prejudice**.

(2) Counsel for Petitioner must immediately serve the Petition (Doc. 1) on Respondents.

(3) If not already issued, the Clerk of Court must issue any properly completed summonses.

(4) The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(5) Respondents must show cause no later than **February 25, 2026**, why the Petition should not be granted.

(6) Petitioner may file a reply no later than **March 4, 2026**.

Dated this 18th day of February, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**