IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Sarmiento Torres,<br><br>　　　　Petitioner,<br><br>v.<br><br>Christopher D McGregor, et al.,<br><br>　　　　Respondents. | No. CV-26-01094-PHX-KML (JFM)<br><br>**ORDER** |

　　　　Petitioner challenged his present immigration detention, arguing he was released on an order of supervision and redetained without any due process. (Doc. 1.) The court directed respondents to show cause why the petition should not be granted. (Doc. 5.) Respondents' response stated

> Undersigned counsel is unable to ascertain sufficient facts at this time to establish that Petitioner's supervised release was revoked according to the procedures established by law. Accordingly, Respondents do not oppose Petitioner's request for release at this time.

(Doc. 7.) The court accepts this concession as non-opposition to granting petitioner's habeas corpus petition as to his procedural due process claim.

　　　　**IT IS THEREFORE ORDERED** petitioner's petition for writ of habeas corpus (Doc. 1) is **granted**.

　　　　**IT IS FURTHER ORDERED** respondents must immediately release petitioner from custody under the same conditions that existed before his redetention.

　　　　**IT IS FURTHER ORDERED** respondents must provide a notice of compliance

1  within two business days of petitioner's release.

2  **IT IS FINALLY ORDERED** any pending motions are denied as moot and the
3  clerk of court shall enter judgment in petitioner's favor and close this case.

4  Dated this 4th day of March, 2026.

_____
Honorable Krissa M. Lanham
United States District Judge